UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SOUTHERN AGGREGATES, LLC     CIVIL ACTION

VERSUS     NO. 17-8445

ARNOLD BAKER, ET AL     SECTION: F "5"

## O R D E R

The Court has been advised that the subject matter of the above captioned case comprises a material part of the subject matter or operative facts of Case No. 17-12166, In Re: Baker Ready Mix, LLC, on the docket of the United States Bankruptcy Court for the Eastern District of Louisiana.

Therefore, pursuant to 28 USC Section 157,

**IT IS ORDERED** that the above captioned matter be and is hereby **REFERRED** to the United States Bankruptcy Court for the Eastern District of Louisiana.

New Orleans, Louisiana, this 30th day of August 2017.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

# United States District Court
### Eastern District of Louisiana
### Office of the Clerk

WILLIAM W. BLEVINS  
CLERK

500 POYDRAS ST., ROOM C-151  
NEW ORLEANS, LA 70130

September 1, 2017

Sheila Booth, Clerk  
United States Bankruptcy Court  
Eastern District of Louisiana  
Hale Boggs Federal Building, Room B601  
500 Poydras Street  
New Orleans, Louisiana 70130

Re: Civil Action No. 17-8445 F(5)  
Southern Aggregates, LLC  
vs.  
Arnold Baker, et al

Dear Ms. Booth:

On 8/30/2017, the Honorable Martin L.C. Feldman, United States District Judge for this district, entered an order referring the above captioned case to the United States Bankruptcy Court for the Eastern District of Louisiana.

The official court record for the Eastern District of Louisiana is the electronic case filing systems, CM/ECF. Please be advised you may access this databases to obtain original pleadings. Our web site is: http://ecf.laed.circ5.dcn. Please use your court's Pacer account and password to access these documents. If you have any problems, please do not hesitate to contact us.

Below is a list of manual filings, exhibits and/or sealed documents that, due to system limitations or local administrative procedures, require manual transmission:  
N/A

Please acknowledge receipt on the enclosed copy of this letter and return to us for our files.

For questions regarding this document or transmission, please call our CM/ECF Help Desk at 504-589-7788.

Pursuant to said order, we are forwarding herewith a certified copy of the docket sheet.

Very truly yours,

WILLIAM W. BLEVINS, CLERK

By: _____  
Deputy Clerk

Enclosures