**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN THE MATTER OF | NUMBER |
| **BAKER READY MIX LLC** | 17-12166 |
| **DEBTOR** | CHAPTER 11 |
| | SECTION "A" |
| **SOUTHERN AGGREGATES, LLC** | ADVERSARY NO. |
| **PLAINTIFF** | 17-1056 "A" |
| **VERSUS** | |
| **BAKER READY MIX LLC** | |
| **ARNOLD BAKER** | |
| **DEFENDANT** | |

**ANSWER TO PETITION FOR DAMAGES**

**NOW INTO COURT**, through undersigned counsel, comes Arnold Baker who respectfully responds to the Petition of Southern Aggregates, LLC as follows:

1. Admitted.

2. Admitted.

3. Denied. Venue is not proper in any United States Bankruptcy Court as Arnold Baker is not a party to a bankruptcy proceeding under the controlling statutes.

4. Admitted.

5. Admitted.

6. Denied in part, as not all of Blackrock's sand and gravel inventory was sold to Baker Ready Mix.

7. It is admitted the suit was filed, but denied that Arnold Baker or Baker Ready Mix was involved in the suit after the exception of improper venue was granted by the trial court. Only Blackrock was a party to the action.

8. It is admitted that Blackrock consented to the judgment.

9. No answer is required.

10. Admitted.

11. Denied.

12. Denied.

13. It is admitted that some members of Blackrock are, or have been, members of Baker Ready Mix. It is further admitted that Baker Ready Mix has been in business for 15 years and has had changes in its ownership structure during that time. Blackrock has also had changes in its ownership structure over the years.

14. It is denied that Blackrock and Baker Ready Mix have similar business functions, beyond both operating in the concrete industry.

15. It is denied that Blackrock or Baker Ready Mix purport to be anything other than they are.

16. Denied.

17. Denied.

18. Denied.

19. Denied as written, as the paragraph is not limited to a specific period of operations.

20. Denied.

21. Denied.

22. Denied as written, as the paragraph is not limited to a specific period of operations. At some periods of time Blackrock and Baker Ready Mix have employed some of the same employees.

23. Denied.

24. Denied.

25. Denied.

26. No answer is required.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

Respectfully submitted, this 27th day of October 2017.

*Davillier Law Group, Inc.*

/s/ Charles F. Zimmer II
Daniel E. Davillier (Bar #23022)
Charles F. Zimmer (Bar # 26759)
935 Gravier St., Ste. 1702
New Orleans, LA 70112
Phone: 504-582-6889 | Fax: 504-582-6985
czimmer@davillierlawgroup.com
*Attorneys for Arnold Baker*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was served on all counsel of record by electronic mail and First Class U.S. Mail, this 27th day of October 2017.

/s/ Charles Zimmer

{DLG00045177.1 }3